■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO JAVIER, Appellant. [821 NYS2d 141]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Weber, J.), imposed January 15, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Adams, J.P., Krausman, Spolzino and Dillon, JJ., concur.